# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

UMED KURBANOV,                                    )
                                                  )
   Petitioner,                    )
                                                  )
v.                                                )
                                                  )
ROBERT CERNA, Acting ICE                          )
Field Office Director, Dallas,                    )     Case No. CIV-26-430-D
Enforcement and Removal                           )
Operations, U.S. Immigration                      )
and Customs Enforcement, et                       )
al.,                                              )
                                                  )
   Respondents.                   )

## ORDER TO CURE DEFICIENCIES

The Court has received the habeas corpus petition filed by counsel Christopher M. Casazza on behalf of Petitioner. Doc. 1. It appears counsel is not a resident of and does not maintain an office in Oklahoma. He is therefore required to comply with LCvR83.3(a), which requires association of nonresident counsel with local counsel.

Counsel must associate with local counsel or seek waiver of the local counsel requirement under LCvR83.3(c) by **March 21, 2026,** or he will be deemed withdrawn as counsel for Petitioner in this action. Failure to comply with this Order may also result in the Court dismissing this action.

**SO ORDERED** this 17th day of March, 2026.

_____
SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE