# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UMED KURBANOV, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-2091-D |
| | ) | |
| MARKWAYNE MULLIN, | ) | (Consolidated into Case No. CIV-26-430-D) |
| | ) | |
| Respondent. | ) | |

## **ORDER**

Before the Court is Petitioner's pro se Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241. [Doc. No. 1]. Petitioner originally filed a similar Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 in Case No. CIV-26-430-D, in which he seeks the same relief.

It being clear from a review of the pleadings in this case and in Case No. CIV-26-430-D that the actions involve common questions of law and fact, the Court finds that the actions should be consolidated. Consolidation will serve the interests of justice, avoid unnecessary costs and delays, and promote judicial economy.

**IT IS THEREFORE ORDERED** that this action is hereby consolidated with Case No. CIV-26-430-D, and this action (Case No. CIV-26-2091-D) is administratively closed. All of the allegations, orders, and filings in the instant action are hereby deemed filed in the consolidated action, Case No. CIV-26-430-D. To the extent any party objects to this consolidation, the party shall file a notice of objection on or before August 17, 2026, which objection shall state briefly the reasons for the same.

1

Going forward, all filings shall be made only in the consolidated action (Case No. CIV-26-430-D).

The Clerk is directed to file a copy of this Order in Case No. CIV-26-430-D.

**IT IS SO ORDERED** this 12th day of August, 2026.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE

2